HENRY RUSSELL, Respondent, *v.* BENJAMIN and ALBERT WILLIAMS, and WILLIAM ATHERTON, Appellants.

Ten per cent. damages was awarded by the Supreme Court when the appeal was for delay.

APPEAL from the Fifth Judicial District, County of San Joaquin.

The respondent sued the appellants as the makers of a promissory note, payable to the plaintiff, or order. The process was returned served on all the defendants. No answer being filed within the time prescribed by law, their default was entered on the 9th of December, 1850; and final judgment entered on the 16th of the same month. The defendants appealed on the 4th of March, 1851.

*B. Williams* and *Wm. Smith*, for the appellants.

*Terry* and *Perley*, and *McAllister*, for the respondent.

PER CURIAM.—Chief Justice MURRAY.—Upon examination of the record in this case, we are satisfied that there is no error, and that the appeal was prosecuted merely for delay.

The judgment of the Court below is therefore affirmed, with costs, and 10 per cent. damages.